**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Cedrin Arnez PRESTON, Defendant–**
**Appellant.**

**No. 12–11511**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 19, 2012.

Jason R. Coody, Terry Flynn, Pamela C. Marsh, U.S. Attorney's Office, Tallahassee, FL, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Cedrin Arnez Preston, Yazoo City, MS, pro se.

William Rourk Clark, Jr., Chet Kaufman, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Before CARNES, JORDAN, and FAY, Circuit Judges.

PER CURIAM:

Chet Kaufman, Assistant Federal Public Defender and appellate counsel for Cedrin Arnez Preston in this direct criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's

motion to withdraw is **GRANTED,** and Preston's conviction and sentence are **AFFIRMED.**